UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

UNITED STATES PIPE AND FOUNDRY                  Bankruptcy Case No. 8:89-bk-09718-KRM
COMPANY, LLC,                                   Chapter 11

     Debtor,

_____/

JW ALUMINUM COMPANY,

     Plaintiff,

v.

MICHAEL H. HOLLAND, MICHAEL
MCKOWN, JOSEPH R. RESCHINI and CARLO
TARLEY, as Trustees of the UNITED MINE
WORKERS OF AMERICA 1992 BENEFIT
PLAN,

                                        Adversary Proceeding
     Defendants,                              Case No. **8:17-AP-00480-KRM**

And

MICHAEL H. HOLLAND, MICHAEL
MCKOWN, WILLIAM P. HOBGOOD, MARTY
HUDSON, JOSEPH R. RESCHINI, CARL E.
VANHORN, and GAIL R. WILENSKY, as
Trustees of the UNITED MINE WORKERS OF
AMERICA COMBINED BENEFIT FUND,

     Defendants.

_____/

## <u>NOTICE OF COMPLIANCE</u>
### <u>(Doc. 7 & 8)</u>

     Pursuant to Local Rule 2090-1(c), payment of an admission fee to the United States

District Court has been made on behalf of John C. Goodchild, III and Matthew C. Ziegler who

were granted permission to appear on behalf of United Mine Workers of America 1992 Benefit

Plan and United Mine Workers of America Combined Benefit Fund pro hac vice in this matter.

See attached receipts from the Clerk of the Court.

Dated this 12th day of July, 2017.

/s/ Stephanie C. Lieb
Stephanie C. Lieb, Esquire
Florida Bar No. 31806
slieb@trenam.com
Trenam Kemker
101 E Kennedy Boulevard, Suite 2700
Tampa, FL  33602
Tele:  (813) 223-7474

*Attorney for Defendants United Mine Workers of America 1992 Benefit Plan and United Mine Workers of America Combined Benefit Fund*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been electronically filed on July 12, 2017, with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following attorneys:

Scott A. Stichter, Esquire
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 E Madison Street, Suite 200
Tampa, FL 33602-4700
Tel: 813.229.0144
Fax:813.229.1811
Email: sstichter.ecf@srbp.com
*Attorney for Plaintiff*

*/s/ Stephanie C. Lieb*
Stephanie C. Lieb

Court Name: Florida Middle District
Division: 8
Receipt Number: TPA044456
Cashier ID: acastill
Transaction Date: 06/30/2017
Payer Name: TRENAM LAW
--------------------------------
PRO HOC VICE
  For: TRENAM LAW
  Case/Party: D-FLM-9-99-PV-000001-001
  Amount:        $300.00
--------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 11415
  Amt Tendered: $150.00
PAPER CHECK CONVERSION
  Check/Money Order Num: 11412
  Amt Tendered: $150.00
--------------------------------
Total Due:        $300.00
Total Tendered: $300.00
Change Amt:        $0.00

17AP480

JOHN GOODCHILD
MATTHEW ZIEGLER

Payments by check/money order will
result in a one-time electronic
debit  from your account. Funds may
be withdrawn within 24 hours. If
there are insufficient funds, we
will impose a $53.00 fee.

Court Name: Florida Middle District
Division: 8
Receipt Number: TPA044540
Cashier ID: acastill
Transaction Date: 07/06/2017
Payer Name: TREBAM LAW
--------------------------------
PRO HOC VICE
  For: TREBAM LAW
  Case/Party: D-FLM-9-99-PV-000001-001
  Amount:        $300.00
--------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 11413
  Amt Tendered: $150.00
PAPER CHECK CONVERSION
  Check/Money Order Num: 11414
  Amt Tendered: $150.00
--------------------------------
Total Due:        $300.00
Total Tendered: $300.00
Change Amt:        $0.00

JOHN GOODCHILD III
17AP478
17AP479

Payments by check/money order will
result in a one-time electronic
debit  from your account. Funds may
be withdrawn within 24 hours. If
there are insufficient funds, we
will impose a $53.00 fee.

Court Name: Florida Middle District
Division: 8
Receipt Number: TPA044484
Cashier ID: acastill
Transaction Date: 07/05/2017
Payer Name: TRENAM LAW
--------------------------------
PRO HOC VICE
  For: TRENAM LAW
  Case/Party: D-FLM-9-99-PV-000001-001
  Amount:        $300.00
--------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 11411
  Amt Tendered: $150.00
PAPER CHECK CONVERSION
  Check/Money Order Num: 11410
  Amt Tendered: $150.00
--------------------------------
Total Due:        $300.00
Total Tendered: $300.00
Change Amt:        $0.00

JOHN GOODCHILD III
MATTHEW ZIEGLER

Payments by check/money order will
result in a one-time electronic
debit  from your account. Funds may
be withdrawn within 24 hours. If