# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re:<br><br>**HILLSBOROUGH HOLDINGS CORPORATION,**<br><br>    Debtor. | **Chapter 11**<br>**Jointly Administered**<br>**Case No. 8:89-bk-9715**<br>**through 8:89-bk-9746**<br>**and 8:90-bk-11997** |
| In re:<br><br>**JW ALUMINUM COMPANY,**<br><br>    Debtor. | Case No. 8:89-bk-9718 |
| **JW ALUMINUM COMPANY,**<br><br>    Plaintiff,<br><br>v.<br><br>**MICHAEL H. HOLLAND, MICHAEL MCKOWN, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,**<br><br>and<br><br>**MICHAEL H. HOLLAND, MICHAEL MCKOWN, WILLIAM P. HOBGOOD, MARTY HUDSON, JOSEPH R. RESCHINI, CARL E. VANHORN, and GAIL R. WILENSKY, as Trustees of the UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND,**<br><br>    Defendants. | **Adversary Proceeding**<br>**No. 8:17-ap-480-KRM** |

## NOTICE OF FILING

Plaintiff JW Aluminum Company, through its counsel, gives notice of the filing of the Declaration of Scott A. Stichter in Support of Plaintiff JW Aluminum's Motion for Partial Summary Judgment.

DATED: August 11, 2017

/s/ Scott A. Stichter
Scott A. Stichter (FBN 0710679)
sstichter@srbp.com
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Phone: (813) 229-0144
Fax: (813) 229-1811
Email: sstichter@srbp.com
and
Mark M. Maloney (Ga. Bar No. 468104)
Kevin J. O'Brien (Ga. Bar No. 714849)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
Email: mmaloney@kslaw.com
        kobrien@kslaw.com
*Attorneys for Plaintiff JW Aluminum Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 11th day of August, 2017, by the Court's CM/ECF system to all parties receiving electronic notice.

/s/ Scott A. Stichter
Scott A. Stichter (FBN 0710679)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re:<br><br>HILLSBOROUGH HOLDINGS CORPORATION,<br><br>    Debtor. | Chapter 11<br>Jointly Administered<br>Case No. 8:89-bk-9715<br>through 8:89-bk-9746<br>and 8:90-bk-11997 |
| In re:<br><br>JW ALUMINUM COMPANY,<br><br>    Debtor. | Case No. 8:89-bk-9718 |
| JW ALUMINUM COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL H. HOLLAND, MICHAEL MCKOWN, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,<br><br>and<br><br>MICHAEL H. HOLLAND, MICHAEL MCKOWN, WILLIAM P. HOBGOOD, MARTY HUDSON, JOSEPH R. RESCHINI, CARL E. VANHORN, and GAIL R. WILENSKY, as Trustees of the UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND,<br><br>    Defendants. | Adversary Proceeding<br>No. 8:17-ap-480-KRM |

**DECLARATION OF SCOTT A. STICHTER**

1

Pursuant to 28 U.S.C. § 1746, I, **Scott A. Stichter**, hereby make this Declaration and state as follows:

1. My name is Scott A. Stichter. My office address is 110 E. Madison Street, Suite 200, Tampa, Florida 33602. I am over twenty-one (21) years of age, of sound mind, and am fully competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge.

2. I am an attorney with the law firm of Stichter, Riedel, Blain, & Postler, P.A. and am licensed to practice in the State of Florida. I represent the Plaintiff, JW Aluminum Company ("JW Aluminum"), in the above-captioned case. I also represented Hillsborough Holdings Corporation and 32 of its direct and indirect subsidiaries, including JW Aluminum, in their jointly administered Chapter 11 cases, Case Nos. 8:89-bk-9715 through 8:89-bk-9746 and 8:90-bk-11997, filed in the United States Bankruptcy Court for the Middle District of Florida.

3. Attached hereto as Exhibit 1 is a true and correct copy of the First Amended Complaint filed in *Holland v. United States Pipe & Foundry Co., LLC*, Civil Action No. 16-cv-1577, in the United States District Court for the District of Columbia (March 27, 2017) (Dkt. 22).

4. Attached hereto as Exhibit 2 is a true and correct copy of the docket, as of August 11, 2017, in *In re JW Aluminum Company*, Case No. 8:89-bk-9718, in the United States Bankruptcy Court for the Middle District of Florida (December 27, 1989). Docket Entry No. 1 is the Voluntary Petition filed on December 27, 1989.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Order Granting Motion for Joint Administration, filed in *In re Hillsborough Holdings Corp. et al.*, Case Nos. 8:89-bk-9715 through 8:89-bk-9746, in the United States Bankruptcy Court for the Middle District of Florida (December 28, 1989) (Dkt. 14).

6.  Attached hereto as Exhibit 4 is a true and correct copy of the Disclosure Statement for Creditors' Plan Dated as of August 1, 1994, filed in *In re Hillsborough Holdings Corp. et al.*, Case Nos. 8:89-bk-9715 through 8:89-bk-9746 and 8:90-bk-11997, in the United States Bankruptcy Court for the Middle District of Florida (August 2, 1994) (Dkt. 11964).

7.  Attached hereto as Exhibit 5 is a true and correct copy of the Supplement to Disclosure Statement for Amended Joint Plan of Reorganization Dated as of December 9, 1994, filed in *In re Hillsborough Holdings Corp. et al.*, Case Nos. 8:89-bk-9715 through 8:89-bk-9746 and 8:90-bk-11997, in the United States Bankruptcy Court for the Middle District of Florida (December 9, 1994) (Dkt. 15171).

8.  Attached hereto as Exhibit 6 is a true and correct copy of the Amended Joint Plan of Reorganization Dated as of December 9, 1994, filed in *In re Hillsborough Holdings Corp. et al.*, Case Nos. 8:89-bk-9715 through 8:89-bk-9746 and 8:90-bk-11997, in the United States Bankruptcy Court for the Middle District of Florida (December 9, 1994) (Dkt. 15173).

9.  Attached hereto as Exhibit 7 is a true and correct copy the Modification to Amended Joint Plan of Reorganization Dated as of December 9, 1994, filed in *In re Hillsborough Holdings Corp. et al.*, Case Nos. 8:89-bk-9715 through 8:89-bk-9746 and 8:90-bk-11997, in the United States Bankruptcy Court for the Middle District of Florida.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Order Confirming Amended Joint Plan of Reorganization Dated as of December 9, 1994, as Modified, filed in *In re Hillsborough Holdings Corp. et al.*, Case Nos. 8:89-bk-9715 through 8:89-bk-9746 and 8:90-bk-11997, in the United States Bankruptcy Court for the Middle District of Florida (March 2, 1995) (Dkt. 17583).

11. Attached hereto as Exhibit 9 is a true and correct copy of the First Amended Proof of Claim No. 84 by the Trustees of the UMWA 1950 and 1974 Pension Plans and the Trustees of the UMWA Combined Benefit Fund for Delinquent Contributions, filed in *In re Jim Walter Resources, Inc.*, Case No. 8:89-bk-9738, in the United States Bankruptcy Court for the Middle District of Florida (June 2, 1994).

12. Attached hereto as Exhibit 10 is a true and correct copy of the Notice of Entry of Order Confirming Amended Joint Plan of Reorganization Dated as of December 9, 1994, as Modified, published in various papers.

13. Attached hereto as Exhibit 11 is a true and correct copy of the docket, as of August 11, 2017, in *In re JW Aluminum Company*, Case No. 8:89-bk-9718, in the United States Bankruptcy Court for the Middle District of Florida (December 27, 1989). Docket Entry No. 21 is the Certificate of Substantial Consummation filed on September 22, 1998.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Final Decree, filed in *In re JW Aluminum Company*, Case No. 8:89-bk-9718, in the United States Bankruptcy Court for the Middle District of Florida (April 21, 1998) (Dkt. 23).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Hillsborough County, State of Florida, on the 11th day of August, 2017.

Scott A. Stichter