

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/16/2017 02:00 PM

COURTROOM   9B

**HONORABLE K. MAY**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:89-bk-09718-KRM | **Chapter 11** | 06/15/2017 |
| **ADVERSARY:**  8:17-ap-00480-KRM | | **Pltf Atty:**   Scott A. Stichter |
| | | **Dft Atty:**  Stephanie C Lieb |
| **DEBTOR:** | Jw Aluminum Company | |

**HEARING:**

JW Aluminum Company v. Michael H. Holland, Michael McKown, Joseph R. Resc

1 - Preliminary Hearing on Amended Motion to Dismiss Adversary Proceeding Filed by Stephanie C Lieb on behalf of Defendants United Mine Workers of America 1992 Benefit Plan, United Mine Workers of America Combined Benefit Fund.    Doc #14
- Response by Scott A. Stichter on behalf of Plaintiff JW Aluminum Company, Doc #18
- Omnibus Reply   by Stephanie C Lieb on behalf of Defendants United Mine Workers of America 1992 Benefit Plan, United Mine Workers of America Combined Benefit Fund (related document(s)[14]). Doc #24
2 - Preliminary Hearing on Motion For Partial Summary Judgment Filed by Scott A. Stichter on behalf of Plaintiff JW Aluminum Company, Doc #19
- Objection Filed by Stephanie C Lieb on behalf of Defendants United Mine Workers of America 1992 Benefit Plan, United Mine Workers of America Combined Benefit Fund. Doc #25
- Reply in Support of Motion for Partial Summary Judgment Filed by Scott A. Stichter on behalf of Plaintiff JW Aluminum Company. Doc #27
.

**APPEARANCES:**:   Stephanie Lieb, John Goodchild III, Scott A. Stichter, Matthew Moran, David Laurent, Mark Maloney, John Money Mathew Ziegler, Sarah Primrose.

**RULING:**
1 - Preliminary Hearing on Amended Motion to Dismiss Adversary Proceeding Filed by Stephanie C Lieb on behalf of Defendants United Mine Workers of America 1992 Benefit Plan, United Mine Workers of America Combined Benefit Fund.    Doc #14

- Response by Scott A. Stichter on behalf of Plaintiff JW Aluminum Company, Doc #18

- Omnibus Reply   by Stephanie C Lieb on behalf of Defendants United Mine Workers of America 1992 Benefit Plan, United Mine Workers of America Combined Benefit Fund (related document(s)[14]). Doc #24

2 - Preliminary Hearing on Motion For Partial Summary Judgment Filed by Scott A. Stichter on behalf of Plaintiff JW Aluminum Company, Doc #19

- Objection Filed by Stephanie C Lieb on behalf of Defendants United Mine Workers of America 1992 Benefit Plan, United Mine Workers of America Combined Benefit Fund. Doc #25

- Reply in Support of Motion for Partial Summary Judgment Filed by Scott A. Stichter on behalf of Plaintiff JW Aluminum Company. Doc #27 -   Matters Under Advisement
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.