ORDERED.

Dated:  November 17, 2017

_K. Rodney May_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | |
| | Chapter 11 |
| JW Aluminum Company, | Case No. 8:89-bk-09718-KRM |
|     Debtor. | |
| _____/ | |
| | |
| JW Aluminum Company, | Adv. Pro. No. 8:17-ap-0480-KRM |
|     Plaintiff, | |
| v. | |
| | |
| Michael H. Holland, Michael McKown, Joseph R. Reschini, and Carlo Tarley, as Trustees of the United Mine Workers of America 1992 Benefit Plan, | |
| and | |
| Michael H. Holland, Michael McKown, William P. Hobgood, Marty Hudson, Joseph R. Reschini, Carl E. Vanhorn, and Gail R. Wilensky, as Trustees of the United Mine Workers of America Combined Benefit Fund, | |
|     Defendants. | |
| _____/ | |

**ORDER DIRECTING REASSIGNMENT OF ADVERSARY PROCEEDING**

THIS ADVERSARY PROCEEDING came on for consideration on the Court's own motion due to the impending retirement of the Honorable K. Rodney May. Pursuant to Local Rule 1073-1(f), it is

ORDERED that the Clerk is directed to reassign the above-captioned adversary proceeding, including all matters currently under advisement, to the Honorable Michael G. Williamson.

The Clerk is directed to serve this Order.