**[8reasavp]** [NOTICE OF REASSIGNMENT OF ADVERSARY PROCEEDING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:89−bk−09718−KRM |
| | Chapter 11 |
| Jw Aluminum Company | |
| _____Debtor*_____/ | |
| JW Aluminum Company | |
| Plaintiff* | |
| vs. | Adv. Pro. No. 8:17−ap−00480−MGW |
| Michael H. Holland, Michael McKown, Joseph R. Reschini, and Carlo Tarley, as Trustees of the United Mine Workers of America 1992 Benefit Plan | |
| et al | |
| _____Defendant*_____/ | |

NOTICE OF REASSIGNMENT OF ADVERSARY PROCEEDING

   NOTICE IS HEREBY GIVEN that, pursuant to Local Rule 1073−1(e)(1), this adversary proceeding is reassigned to the Honorable Michael G. Williamson . Any hearing that may be scheduled before the Honorable K Rodney May is hereby canceled and will be rescheduled before the successor judge assigned.

   PLEASE GOVERN YOURSELVES ACCORDINGLY.

|  |  |
|---|---|
|  | FOR THE COURT |
| DATED: November 20, 2017 | Sheryl L. Loesch , Clerk of Court |
|  | Sam M. Gibbons United States Courthouse |
|  | 801 North Florida Avenue, Suite 555 |
|  | Tampa, FL 33602 |

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.