ORDERED.

**Dated:  April 18, 2019**

Michael G. Williamson
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:

UNITED STATES PIPE AND FOUNDRY COMPANY, LLC,

    Debtor,

_____/

JW ALUMINUM COMPANY,

    Plaintiff,

v.

MICHAEL H. HOLLAND, MICHAEL MCKOWN, JOSEPH R. RESCHINI and CARLO TARLEY, as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,

    Defendants,

And

MICHAEL H. HOLLAND, MICHAEL MCKOWN, WILLIAM P. HOBGOOD, MARTY HUDSON, JOSEPH R. RESCHINI, CARL E.

Bankruptcy Case No. 8:89-bk-09744-MGW
Chapter 11

Adversary Proceeding
Case No. **8:17-AP-00480-MGW**

VANHORN, and GAIL R. WILENSKY, as
Trustees of the UNITED MINE WORKERS OF
AMERICA COMBINED BENEFIT FUND,

     Defendants.

_____/

## FINAL JUDGMENT

**THIS ADVERSARY PROCEEDING** came before the Court after hearing on October 16, 2017, on the Defendants Trustees of the United Mine Workers of America 1992 Benefit Plan's and the Trustees of the United Mine Workers of America Combined Benefit Fund's (collectively, "Defendants" or "UMWA Trustees") Amended Motion to Dismiss (Doc. No. 14), Plaintiff, JW Aluminum Company's ("Plaintiff") Response (Doc. No. 18), Defendants' Reply (Doc. No. 24), Plaintiff's Motion for Partial Summary Judgment (Doc. No. 19), Defendants' Opposition (Doc. No. 25), and the Plaintiff's Reply (Doc. No. 27).  The Court has considered the record, as well as arguments of counsel, and has entered a Memorandum Opinion on Dischargeability of Coal Act Claims in related adversary proceeding 8:17-ap-00478-MGW (Doc. No. 42).  The Court finds it is appropriate to enter final judgment based upon the foregoing. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1.     Final Judgment is entered in favor of the UMWA Trustees, and against Plaintiff, with respect to Count I of the Complaint.

2.     Final Judgment is entered in favor of the UMWA Trustees, and against Plaintiff with respect to Count II of the Complaint.

3.     As a matter of law, the Coal Act claims brought by the UMWA Trustees against Plaintiff in *Holland v. United States Pipe and Foundry Company, LLC, et al*., Civil Action No.

16-cv-1577 in the United States District Court for the District of Columbia ("D.C. Litigation"),

were not discharged in Plaintiff's bankruptcy case, Case No. 8:89-bk-09715.

4.      As a matter of law, the UMWA Trustees did not violate Plaintiff's discharge

injunction in suing Plaintiff under the Coal Act in the D.C. Litigation.

5.      Each party shall be responsible for its own attorneys' fees, costs, and expenses.

6.      The Clerk of Court is further directed to terminate any pending motions and close

this Adversary Proceeding.

****

The Clerk is directed to serve this Final Judgment.