**[Daptransmittalnoa]** [TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Jw Aluminum Company

Case No. 8:89-bk-09718-RCT
Chapter 11

_____Debtor(s)_____/

JW Aluminum Company

Plaintiff(s)

vs.                                                           Adv. Pro. No 8:17-ap-00480-MGW

Michael H. Holland, Michael McKown, Joseph R. Reschini, and Carlo Tarley, as Trustees of the United Mine Workers of America 1992 Benefit Plan, Michael H. Holland, Michael McKown, William P. Hobgood, Marty Hudson, Joseph R. Reschini, Carl E. Vanhorn, and Gail R. Wilensky, as Trustees of the United Mine Workers of American Combined Benefit Fun, United Mine Workers of America 1992 Benefit Plan, United Mine Workers of America Combined Benefit Fund

_____Defendant(s)_____/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this adversary proceeding.

Notice of Appeal filed by JW Aluminum Company on April 26, 2019 (Doc. No. 42)

Title of the order appealed is Final Judgment entered on April 26, 2019 (Doc. 40)

The party or parties included in the appeal to the District Court are:

APPELLANT: JW Aluminum Company

    ATTORNEY: Scott A. Stichter
    Stichter, Riedel, Blain & Postler, P.A.

110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
813-229-0144
Fax : 813-229-1811
Email: sstichter.ecf@srbp.com

Mark M. Maloney
Kevin J. O'Brien
Sarah L Primrose
King & Spalding
1180 Peachtree Street, N.E.
Suite 1700
Atlanta, GA 30309
404-572-2734
Fax : 404-493-9354
Email: sprimrose@kslaw.com


APPELLEE: Michael H. Holland, Michael McKown, Joseph R. Reschini, and Carlo Tarley, as Trustees of the United Mine Workers of America 1992 Benefit Plan, Michael H. Holland, Michael McKown, William P. Hobgood, Marty Hudson, Joseph R. Reschini, Carl E. Vanhorn, and Gail R. Wilensky, as Trustees of the United Mine Workers of American Combined Benefit Fun, United Mine Workers of America 1992 Benefit Plan, United Mine Workers of America Combined Benefit Fund

ATTORNEY: Stephanie C Lieb
Trenam, Kemker Scharf, Barkin, Frye, O'Neill & Mullis, PA
101 East Kennedy Blvd, Suite 2700
Post Office Box 1102
Tampa, FL 33601-1102
813-223-7474
Fax : 813-229-6553
Email: slieb@trenam.com

Paul A Green
John R Mooney
Mooney, Green, Saindon, Murphy & Welch
1920 L Street NW, Suite 400
Washington, DC 20036
202-783-0010

John C. Goodchild, III
Matthew C. Ziegler
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
212-309-6000

ADDITIONAL PARTIES IN INTEREST INCLUDE:  None

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:  Notice of Appeal

The debtor's county of residence is Berkeley, SC.

DATED on April 29, 2019.

                                         FOR THE COURT
                                         Sheryl Loesch, Clerk of Court
                                         Sam M. Gibbons United States Courthouse 801
                                         North Florida Avenue, Suite 555
                                         Tampa, FL 33602