**[Dappletap]** [Adversary Notice to Appellant]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>TAMPA</u> DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:  Jw Aluminum Company | Case No. 8:89-bk-09718-RCT |
| | Chapter   11 |
| _____Debtor(s)_____/ | |

Plaintiff(s)
Jw Aluminum Company

vs.                                                                         Adv. Pro. No. 8:17-ap-00480-MGW

Michael H. Holland, Michael McKown, Joseph R. Reschini, and Carlo Tarley, as Trustees of the United Mine Workers of America 1992 Benefit Plan, Michael H. Holland, Michael McKown, William P. Hobgood, Marty Hudson, Joseph R. Reschini, Carl E. Vanhorn, and Gail R. Wilensky, as Trustees of the United Mine Workers of American Combined Benefit Fun, United Mine Workers of America 1992 Benefit Plan, United Mine Workers of America Combined Benefit Fund

_____Defendant(s)_____/

NOTICE OF REQUIREMENT TO FILE DESIGNATION OF RECORD

Pursuant to Fed. R. Bank. P. 8009, within fourteen (14) days after the filing of the notice of appeal, the appellant shall file with the Clerk of the Bankruptcy Court a designation to be included in the record on appeal. The designation should include:

1. Designation of the items indicated by document number to be included in the record on appeal and serve a copy upon the appellee;

2. Statement of the issues to be presented and serve a copy upon the appellee; and

3. If you intend to designate a transcript, a Purchase Order for Transcript is available on the court's website at www.flmb.uscourts.gov.  The Source, Procedural Manual/Forms, Transcripts - Bankruptcy and Adversary. Requests for transcripts should be directed to a certified court reporting transcription service. For further information regarding digital audio recording and/or request forms for CD copies of hearings, please visit the court's website at http://www.flmb.uscourts.gov/ and click on Courtroom Services.

Dated: May 7, 2019

FOR THE COURT
Sheryl Loesch, Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602