ORDERED.

**Dated:  September 05, 2023**

Roberta A. Colton
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re:<br><br>**HILLSBOROUGH HOLDINGS CORPORATION,**<br><br>      **Debtor.** | **Chapter 11**<br>**Jointly Administered**<br>**Case No. 8:89-bk-9715**<br>**through 8:89-bk-9746**<br>**and 8:90-bk-11997** |
| In re:<br><br>**JW ALUMINUM COMPANY,**<br><br>      **Debtor.** | **Case No. 8:89-bk-9718** |
| **JW ALUMINUM COMPANY,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**MICHAEL H. HOLLAND, MICHAEL MCKOWN, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,**<br><br>and<br><br>**MICHAEL H. HOLLAND, MICHAEL MCKOWN, WILLIAM P. HOBGOOD, MARTY HUDSON, JOSEPH R. RESCHINI, CARL E. VANHORN, and GAIL R. WILENSKY, as Trustees of the** | **Adversary Proceeding**<br><br>**No. 8:17-ap-00480-RCT** |

**UNITED MINE WORKERS OF**
**AMERICA COMBINED BENEFIT**
**FUND,**

   **Defendants.**

## AGREED FINAL JUDGMENT

The Court, having considered the record in this case, including the judgment and mandate of the United States Court of Appeals for the Eleventh Circuit dated May 3, 2022 (the "**Eleventh Circuit Mandate**") hereby enters this final judgment in favor of Plaintiff JW Aluminum Company ("**JW Aluminum**").  It is therefore

**ORDERED**, **ADJUDGED**, **DECLARED** and **DECREED** that:

1.      Pursuant to Bankruptcy Court Rule 7025 and Federal Rule of Civil Procedure 25(d), certain Defendants have been substituted and Defendants (the "**UMWA Trustees**") are now Micheal W. Buckner, Michael O. McKown, Paul B. Piccolini, and Carlo Tarley, as Trustees of the United Mine Workers of America 1992 Benefit Plan, and Micheal W. Buckner, William P. Hobgood, Michael O. McKown, Paul B Piccolini, Carl E. Van Horn, and Gail R. Wilensky, as Trustees of the United Mine Workers of America Combined Benefit Fund.

2.      The alleged liabilities arising out of the Coal Industry Retiree Health Benefit Act of 1992 ("**Coal Act**"), 26 U.S.C.§§ 9701 *et seq.*, asserted by the UMWA Trustees in *Holland v. United States Pipe and Foundry Company, LLC, et al.*, Civil Action No. 16-cv-1577, in the U.S. District Court for the District of Columbia ("**D.C. Litigation**"), are "debts" and "claims" that were previously fully discharged under the Order Confirming Amended Joint Plan Of Reorganization As Of December 9, 1994, As Modified ("**Confirmation Order**", Doc. No. 1, Ex. B), entered March 2, 1995, in Plaintiff's jointly administered bankruptcy case, Case No. 8:89-bk-09715 (the "**Main Case**").

3.      In accordance with the Eleventh Circuit Mandate, the UMWA Trustees are **ENJOINED** from bringing or continuing to bring any claims or taking any actions to collect any Coal Act obligations from JW Aluminum, and are ordered to move to dismiss all such claims, including those brought in the D.C. Litigation, within 14 days of this Order.

4.      Each party shall bear its own attorney's fees, costs and expenses.

5.      All relief requested in this case and not expressly granted is denied.

6.      This is a final judgment that finally disposes of all parties and claims.

7.      The Clerk is further directed to terminate any pending motions and close this Adversary Proceeding.

8.      The Clerk is further directed to terminate any pending motions in the Main Case and close the Main Case.

**AGREED As to form and Substance**

*/s/ John C. Goodchild, III*
John C. Goodchild, III (admitted pro hac vice)
Matthew C. Ziegler (admitted pro hac vice)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street, Philadelphia, PA 19103-2921
(212) 309-6000
John.goodchild@morganlewis.com
Matthew.ziegler@morganlewis.com

Stephanie C Lieb
Florida Bar No. 0031806
TRENAM LAW
101 East Kennedy Boulevard, Suite 2700
Tampa FL 33602
813-223-7474
Fax 813-229-6553
slieb@trenam.com

Paul A. Green
John R. Mooney (admitted pro hac vice)
MOONEY, GREEN, SAINDON, MURHPY & WELCH, PC
1920 L. Street, NW
Suite 400
Washington, DC 20036
(202) 783-0010
pgreen@moonegreen.com
jmooney@mooneygreen.com

Kathleen B. Burns (D.C. Bar No. 492460)
UMWA HEALTH & RETIREMENT FUNDS
OFFICE OF THE GENERAL COUNSEL
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: (202) 521-2233
Email: kburns@umwafunds.org

*Attorneys for Defendants the Trustees of the United Mine Workers of America 1992 Benefit Plan and the United Mine Workers of America Combined Benefit Fund*

*/s/ Kevin J. O'Brien*
Kevin J. O'Brien (*pro hac vice*)
Sarah L. Primrose (Florida Bar No. 98742)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: 404.572.4600
Facsimile: 404.572.5100
kobrien@kslaw.com
sprimrose@kslaw.com

Ashley C. Parrish (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
Phone: (202) 737-0500
aparrish@kslaw.com

Scott A. Stichter (FBN 0710679)
sstichter@srbp.com
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144 – Phone
(813) 229-1811 – Fax

*Attorneys for JW Aluminum Company*

**Filer's Attestation:** Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Scott A. Stichter attests that concurrence in the filing of this paper has been obtained.

4893-4960-7805, v. 1